**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-6393**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   v.

SHANNON DERRELL WILLIAMS, a/k/a Doe,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., District Judge.  (3:02-cr-00085-JAG-1)

_____

Submitted:  August 24, 2021          Decided:  August 27, 2021

_____

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Shannon Derrell Williams, Appellant Pro Se.  Kashan Khan Pathan, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shannon Derrell Williams appeals the district court's amended order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Williams' motion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm for the reasons stated by the district court. *United States v. Williams*, No. 3:02-cr-00085-JAG-1 (E.D. Va. Feb. 23, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*